UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 AC P |
| Plaintiff, | |
| v. | ORDER & |
| D. GILL, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

By an order filed August 6, 2012, plaintiff was ordered to file within thirty days a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed without prejudice. The thirty-day period has now expired, and plaintiff has not filed a certified copy of his jail trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Nor has he otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the August 6th Order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. L.R. 182(f). Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1

Accordingly, IT IS ORDERED that the Clerk of the Court make a random district judge assignment to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 12, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
vala1532.fifp