UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. GILL, et al., | |
| Defendants. | |

On October 16, 2013, plaintiff filed "objections" to the magistrate judge's order filed October 1, 2013, objecting to that portion of the order denying plaintiff's request for counsel. The court construes the objections as a request for reconsideration. Pursuant to Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 1, 2013, is affirmed.

DATED: January 10, 2014.

_____
UNITED STATES DISTRICT JUDGE

1