UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-1532 KJM AC P |
| Plaintiff, | |
| v. | |
| D. GILL, et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983. By order filed on April 15, 2014, this court directed defendant West Sacramento Police Officers, D. Gill, C. Wright, Martin Flatly, Lieutenant Victoria Steven and Sergeant J. Winger to reimburse the U.S. Marshal for the costs of personal service of process upon them or to show good cause for their failure to waive service within fourteen days. ECF No. 34. However, on April 16, 2014, the U.S. Marshals service requested that both their prior request for reimbursement and the order directing payment of personal service costs be rescinded. ECF No. 36.

Accordingly, IT IS ORDERED that:

1. In light of the request of the U.S. Marshal at ECF No. 36,

    a) The Marshal's request at ECF No. 22 is deemed withdrawn; and

1

    b) That portion of the April 15, 2014 order (ECF No. 34) directing reimbursement by defendants to the Marshal of the costs of personal service or a showing of good cause why such costs should be excused is VACATED;

2. However, the separate direction to defendant C. Wright, set forth in the order at ECF No. 34, remains in effect and within the time set forth therein.

3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

DATED: April 28, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2