UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 KJM AC P |
| Plaintiff, | |
| v. | |
| D. GILL, et al., | ORDER |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action seeking relief pursuant to 42 U.S.C. § 1983.

By order filed on April 15, 2014, the court ordered defendant C. Wright, personally served on February 26, 2014, to show cause within fourteen days why he/she should not be found to be in default for not having responded to the complaint, pursuant to Fed. R. 12(a)(1)(A), within twenty-one days of service of the summons and complaint. Defendant Wright has now filed an answer. However, this defendant has yet to show cause for the delayed responsive pleading. Defendant Wright is directed once more, this time within seven (7) days, to show cause for the tardy filing of his answer.

IT IS SO ORDERED.

DATED: May 13, 2014

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE