UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. GILL, et al., | |
| Defendants. | |

By Orders (ECF Nos. 30, 35) filed on April 3, 2014 and April 15, 2014, the Magistrate Judge denied plaintiff's motions for appointment of counsel.[1]  On May 29, 2014, plaintiff filed a request for reconsideration of these orders denying appointment of counsel.  Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . . ."  Id. Plaintiff's request for reconsideration of the magistrate judge's orders of April 3, 2014 and April 15, 2014 is therefore untimely.

////

////

////

---

[1] Appointment of counsel was also denied earlier by the magistrate judge.  See Order, ECF No. 11, filed on October 31, 2013.

1

      Accordingly, IT IS HEREBY ORDERED that plaintiff's May 29, 2014 request for reconsideration , ECF No. 43, is denied.

DATED: July 21, 2014.

                                          UNITED STATES DISTRICT JUDGE