UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. GILL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.

The dispositive motion filing deadline expired on June 26, 2015.  ECF No. 52.  Because the parties have not filed dispositive motions, the court will set a final pretrial conference and trial.  However, before setting a trial date, the court will require that the parties exhaust settlement efforts, and will refer the parties to a magistrate judge for a settlement conference.  Before assigning a settlement judge, the court needs to know if the parties will agree to the undersigned serving as the settlement judge, waiving any conflict that may arise as a result.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the filing of this order, the parties shall each file a signed Notice Regarding Waiver of Disqualification, indicating whether they will agree to the undersigned serving as the settlement judge.  Failure of either party to file a waiver will result in this case being randomly assigned to another magistrate judge for

1

purposes of conducting a settlement conference. Further instructions will issue once a settlement judge is assigned.

DATED: July 17, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR.,<br><br>            Plaintiff,<br><br>      v.<br><br>D. GILL, et al.,<br><br>            Defendants. | No.  2:13-cv-1532 KJM AC P<br><br>NOTICE REGARDING WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b) |

Check one:

\_\_\_\_\_  Plaintiff, a state prisoner proceeding pro se, requests that the assigned Magistrate Judge participate in a settlement conference in this action and hereby waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

\_\_\_\_\_  Plaintiff, a state prisoner proceeding pro se, does not waive any claim of disqualification of the assigned Magistrate Judge and requests the court randomly assign another Magistrate Judge for the purposes of conducting a settlement conference.

DATED:_____

_____
FELIPE VALADEZ, SR.
Plaintiff pro se

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR.,<br><br>      Plaintiff,<br><br>   v.<br><br>D. GILL, et al.,<br><br>      Defendants. | No. 2:13-cv-1532 KJM AC P<br><br>NOTICE REGARDING WAIVER OF DISQUALIFICATION OF SETTLEMENT JUDGE PURSUANT TO LOCAL RULE 270(b) |

Check one:

\_\_\_\_\_ Defendants Flatly, Gill, Steven, Winger, and Wright request that the assigned Magistrate Judge participate in a settlement conference in this action and hereby waive any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.

\_\_\_\_\_ Defendants Flatly, Gill, Steven, Winger, and Wright do not waive any claim of disqualification of the assigned Magistrate Judge and request the court randomly assign another Magistrate Judge for the purposes of conducting a settlement conference.

DATED:_____

_____
Attorney for Defendants Flatly, Gill, Steven, Winger, and Wright