UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., <br>             Plaintiff, <br>     v. <br><br>D. GILL, et al., <br>             Defendants. <br>_____/ | No. 2:13-cv-1532 KJM AC P <br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS** <br>**AD TESTIFICANDUM** |

Felipe Valadez, Sr., CDCR # AC-9728, a necessary and material witness in a settlement conference in this case on October 15, 2015, is confined in Avenal State Prison, #1 Kings Way, Avenal, CA 93204, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, October 15, 2015 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Avenal State Prison, P. O. Box 8, Avenal, California 93204:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 31, 2015,

                                            _____/S/ Allison Claire_____
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE