UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. GILL, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  This case is currently scheduled for a settlement conference before Magistrate Judge Kendall J. Newman at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25 on October 15, 2015, at 9:00 a.m.

    The court previously issued an order and writ of habeas corpus ad testificandum to secure plaintiff's presence at the settlement conference.  ECF No. 62.  However, the court has received notification that plaintiff is currently scheduled to be released on parole on September 29, 2015. Plaintiff will therefore be directed to notify the court of his anticipated contact information and is reminded that he must file a formal notice of change of address upon release from prison.  Once the court has verified that plaintiff has been released from physical custody, the order and writ of habeas corpus ad testificandum will be vacated.  If plaintiff is in fact released from physical custody prior to the settlement conference, he is reminded that he is to appear at the settlement

1

conference in person.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall notify the court of his anticipated contact information upon release from physical custody.  Plaintiff will still be required to file a formal notice of change of address upon his release.

2. If plaintiff is released from physical custody prior to the settlement conference, he is responsible for ensuring he appears at the settlement conference in person.

DATED: September 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE