UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE VALADEZ, SR., | No. 2:13-cv-1532 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| D. GILL, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This case is currently scheduled for a settlement conference before Magistrate Judge Kendall J. Newman at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25 on October 15, 2015, at 9:00 a.m.

The court previously issued an order and writ of habeas corpus ad testificandum to secure plaintiff's presence at the settlement conference. ECF No. 62. However, notification was received that plaintiff was scheduled to be released on parole on September 29, 2015. ECF No. 64. Verification has now been received that plaintiff was released from physical custody as scheduled and the order and writ of habeas corpus ad testificandum will be vacated. Plaintiff has notified the court of his anticipated address upon release (ECF No. 65), and the Clerk of the Court will be directed to serve plaintiff at that address. Plaintiff is reminded that he must file a formal notice of change of address now that he has been released.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The July 31, 2015 order and writ of habeas corpus ad testificandum served on the Warden of Avenal State Prison (ECF No. 62) is vacated.

2. The Clerk of the Court is directed to serve a copy of this order on the Warden of Avenal State Prison, P.O. Box 8, Avenal, California 93204 and fax a courtesy copy to the Litigation Coordinator at Avenal State Prison at (559) 386-2337.

3. The Clerk of the Court is also directed to serve this order on plaintiff at both his address of record and at 1308 Rushden Drive, Sacramento, CA 95864.

DATED: September 29, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE